COPY

FAXED

James E. Doroshow (Bar No. 112920)
  jdoroshow@foxrothschild.com
Alan C. Chen (Bar No. 224420)
  achen@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:  (310) 598-4150
Facsimile:  (310) 556-9828

Attorneys for Plaintiffs
LML Investments, LLC and
Art Brands, LLC

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

2011 SEP 19  PM 3: 57

FILED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LML INVESTMENTS, LLC, and
ART BRANDS, LLC

         Plaintiffs,

   v.

THOMAS LUTHER "LUKE"
BRYAN,

         Defendant.

CV11-7749 RGK (PJWx)

Case No.:

**COMPLAINT FOR:**

**(1) TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION IN VIOLATION OF THE LANHAM ACT;**

**(2) UNFAIR COMPETITION UNDER STATE COMMON LAW; AND**

**(3) UNFAIR COMPETITION UNDER CAL. BUS. AND PROF. CODE § 17200**

**[DEMAND FOR JURY TRIAL]**

COMPLAINT

LA1 130591v1 09/19/11

1    COME NOW plaintiffs LML Investments, LLC ("LML") and Art Brands,

2    LLC ("Art Brands") (collectively, "Plaintiffs"), and for their Complaint against

3    Defendant Thomas Luther "Luke" Bryan ("Bryan" or "Defendant"), aver as

4    follows:

5    **JURISDICTION AND VENUE**

6    1.    This Complaint is brought under the Lanham Act, 15 U.S.C. §§ 1051

7    *et seq.*, by reason of Defendant's infringement of Plaintiffs' COUNTRY GIRL

8    trademarks in clothing and apparel, including, but not limited to, T-shirts.

9    2.    This action is also brought under the California Business and

10   Professions Code §§ 17200 *et seq.* and California common law of unfair

11   competition.

12   3.    This action is brought for compensatory damages, recovery of profits,

13   recovery of treble damages, punitive damages, costs of suit, attorneys fees, and

14   such other relief as the Court deems appropriate under the Lanham Act and

15   California statutes and common law.

16   4.    Jurisdiction is conferred upon this Court by 28 U.S.C. § 1331 (federal

17   question) because it includes claims arising under the law of the United States

18   (Lanham Act).

19   5.    This Court also has diversity jurisdiction under 28 U.S.C. § 1332, as

20   Plaintiffs are citizens of Ohio, Defendant is a citizen of Tennessee, and the amount

21   in controversy exceeds $75,000, exclusive of interest and costs.

22   6.    The Court has supplemental jurisdiction over the state law claims

23   pursuant to 28 U.S.C. § 1367.

24   7.    Venue is proper in this District pursuant to 28 U.S.C. § 1391 as

25   Defendant is selling infringing products in this District and is subject to personal

26   jurisdiction in this District.

27

28

---

1

COMPLAINT

1    8.    The apparel industry in general, and Defendant in particular, is

2  engaged in and affects interstate commerce in the movement across state lines of

3  apparel, and Defendant sells the infringing apparel across state lines.

4                                  **PARTIES**

5    9.    LML is a limited liability corporation organized under the laws of the

6  State of Ohio with its principal place of business at 225 Business Center Drive,

7  Blacklick, Ohio.  LML is the owner of the COUNTRY GIRL marks.

8    10.    Art Brands a limited liability corporation organized under the laws of

9  the State of Ohio with its principal place of business at 225 Business Center Drive,

10  Blacklick, Ohio.  Art Brands is in the business of selling goods and services that

11  use the COUNTRY GIRL marks pursuant to an exclusive license from LML.

12    11.    On information and belief, Bryan is a citizen of Tennessee residing in

13  Nashville, Tennessee.

14                      **FACTS COMMON TO ALL COUNTS**

15    12.    LML is the owner of exclusive rights in the registered trademark

16  COUNTRY GIRL, which covers clothing, sportswear, t-shirts, hats, personal care

17  products, backpacks and other bags, towels, blankets and other linens, home

18  products, fragrance products, jewelry, watches, leather goods, and other

19  accessories and gift items.

20    13.    LML has given exclusive licenses to Art Brands to use the

21  COUNTRY GIRL marks.

22    14.    Since long prior to the acts complained of herein, and at least as early

23  as 2004, Art Brands has used the COUNTRY GIRL marks in commerce as an

24  exclusive licensee of LML.  Since that time, Art Brands has used the COUNTRY

25  GIRL marks continuously and extensively in interstate commerce and in the State

26  of California in connection with its sale of apparel and other products.  As a result,

27  there is a substantial market for its goods sold and marketed under the distinctive

28  COUNTRY GIRL marks.  The COUNTRY GIRL marks have become, through

1   widespread and favorable public acceptance and recognition, an asset of substantial
2   value as a symbol of LML, its quality goods and services, and goodwill, through
3   the use of the COUNTRY GIRL marks by LML's exclusive licensee, Art Brands.
4   The COUNTRY GIRL mark has acquired secondary meaning.

5        15.    LML's exclusive ownership and right to use the trademark
6   COUNTRY GIRL for the manufacture and sale of sportswear and casual clothing
7   is evidenced by Registration No. 3041646 for COUNTRY GIRL issued by the
8   United States Patent and Trademark Office on January 10, 2006.  This registration
9   is in full force and effect, unrevoked, and uncanceled.  This registration is
10   conclusive evidence of the validity and subsistence of the COUNTRY GIRL mark
11   as well as LML's ownership of and exclusive right to use the COUNTRY GIRL
12   mark in commerce without restriction or limitation; and the registration provides
13   constructive notice of LML's ownership pursuant to Sections 7, 22, and 33 of the
14   Trademark Act of 1946, 15 U.S.C. §§ 1057, 1072 & 1115.  A copy of this
15   registration is attached hereto as Exhibit A.

16        16.    LML's exclusive ownership and right to use the trademark
17   COUNTRY GIRL for the manufacture and sale of T-shirts and hats is evidenced
18   by Registration No. 3443872 for COUNTRY GIRL issued by the United States
19   Patent and Trademark Office on June 10, 2008.  This registration is in full force
20   and effect, unrevoked, and uncanceled.  This registration is conclusive evidence of
21   the validity and subsistence of the COUNTRY GIRL mark as well as LML's
22   ownership of and exclusive right to use the COUNTRY GIRL mark in commerce
23   without restriction or limitation; and the registration provides constructive notice
24   of LML's ownership pursuant to Sections 7, 22, and 33 of the Trademark Act of
25   1946, 15 U.S.C. §§ 1057, 1072 & 1115.  A copy of this registration is attached
26   hereto as Exhibit B.

27        17.    LML's exclusive ownership and right to use the trademark
28   COUNTRY GIRL for the manufacture and sale of personal care products,

LA1 130591v1 09/19/11

1  backpacks, duffel bags, hand bags, and other bags, towels, blankets, sheets, and

2  other linens, and services is evidenced by Registration No. 3607619 for

3  COUNTRY GIRL issued by the United States Patent and Trademark Office on

4  April 14, 2009.  This registration is in full force and effect, unrevoked, and

5  uncanceled.  This registration is conclusive evidence of the validity and

6  subsistence of the COUNTRY GIRL mark as well as LML's ownership of and

7  exclusive right to use the COUNTRY GIRL mark in commerce without restriction

8  or limitation; and the registration provides constructive notice of LML's ownership

9  pursuant to Sections 7, 22, and 33 of the Trademark Act of 1946, 15 U.S.C. §§

10  1057, 1072 & 1115.  A copy of this registration is attached hereto as Exhibit C.

11       18.    LML's exclusive ownership and right to use the trademark

12  COUNTRY GIRL in stylized format (see registration attached as Exhibit D for

13  exemplar) for the manufacture and sale of T-shirts and hats is evidenced by

14  Registration No. 3443913 for COUNTRY GIRL issued by the United States Patent

15  and Trademark Office on June 10, 2008.  This registration is in full force and

16  effect, unrevoked, and uncanceled.  This registration is conclusive evidence of the

17  validity and subsistence of the stylized COUNTRY GIRL mark as well as LML's

18  ownership of and exclusive right to use the stylized COUNTRY GIRL mark in

19  commerce without restriction or limitation; and the registration provides

20  constructive notice of LML's ownership pursuant to Sections 7, 22, and 33 of the

21  Trademark Act of 1946, 15 U.S.C. §§ 1057, 1072 & 1115.  A copy of this

22  registration is attached hereto as Exhibit D.

23       19.    Art Brands has developed a highly successful business manufacturing

24  and selling products under the COUNTRY GIRL marks under license from LML.

25       20.    The COUNTRY GIRL marks have been widely advertised both in

26  California and throughout the United States.  Art Brands has spent hundreds of

27  thousands of dollars in advertising products sold under the name COUNTRY

28  GIRL.  Such advertising includes, but is not limited to, online advertising,

1  magazine advertising, brochures, catalogs and trade shows.  Sales of products

2  under the COUNTRY GIRL marks amount to hundreds of thousands of dollars per

3  year.

4      21.   As a result of Art Brands's substantial advertising expenditures and

5  sales, Art Brands has developed a well-known business reputation in the State of

6  California and throughout the United States for the manufacture and sale of

7  products using the COUNTRY GIRL marks.

8      22.   As a result of Art Brands's substantial advertising expenditures and

9  sales, the COUNTRY GIRL marks have become well known and famous as

10  distinctive indicators of Art Brand's products.

11      23.   As a result of Art Brands's advertising, sales, and exclusive,

12  continuous, and substantial use, the COUNTRY GIRL marks have come to

13  represent invaluable symbols of the goodwill of Art Brands's business and pose a

14  very high degree of distinctiveness.  The COUNTRY GIRL marks are recognized

15  by purchasers throughout the United States as outstanding products which have

16  their source, origin, or sponsorship with Art Brands, and as distinguishing such

17  goods from the goods of others.

18      24.   Notwithstanding Art Brands's prior use of the COUNTRY GIRL

19  marks, Bryan and has begun advertising and selling apparel and other products,

20  including T-shirts, within this judicial district and in interstate commerce using the

21  COUNTRY GIRL marks and name.  Such sales include, but are not limited to,

22  online sales at http://www.lukebryan.com/store/.

23      25.   Art Brands and Bryan are direct competitors in the apparel market.

24      26.   Bryan sells his products through the same channels of commerce as

25  Art Brands, including selling his products online.

26      27.   On information and belief, Bryan sells his apparel products in the

27  same media as Art Brands, including on the internet and otherwise.

28

28.     Bryan's use of marks so similar to the COUNTRY GIRL marks on products which are similar or identical to Art Brands's products is likely to cause confusion, mistake, and deception among prospective purchasers and to dilute the fame of Art Brands's marks.

29.     Bryan has continued such infringing use despite having full knowledge of LML's and Art Brands's prior rights in the COUNTRY GIRL marks.  Thus, Bryan has engaged in its unlawful activity with a willful and deliberate intent to cause confusion among the purchasing public and to injure LML and Art Brands.  For example, attached hereto as <u>Exhibit E</u> is a photograph of Bryan standing before Plaintiff's booth at a trade show displaying the COUNTRY GIRL mark, and holding one of Plaintiff's shirts.

**COUNT I**

**TRADEMARK INFRINGEMENT**

**UNDER 15 U.S.C. § 1114(1)**

30.     Paragraphs 1 through 29 of this complaint are incorporated by reference as if fully restated herein.

31.     Bryan has used and is using the COUNTRY GIRL marks in connection with the advertising and sale of apparel products in commerce in such a manner as to create a likelihood of confusion with LML's COUNTRY GIRL mark among prospective purchasers.  Bryan's use of the COUNTRY GIRL marks induces purchasers and others to believe, contrary to fact, that the goods or services sold by Bryan are rendered, sponsored, or otherwise approved by, or connected with Art Brands or LML.  Bryan's acts have damaged, impaired and diluted that part of LML's and Art Brands's goodwill symbolized by the well known COUNTRY GIRL marks to LML's and Art Brands's immediate and irreparable damage.

32.     Bryan's use of the COUNTRY GIRL marks in the manner alleged constitutes trademark infringement within the meaning of 15 U.S.C. § 1114(l).

LA1 130591v1 09/19/11

33.   Bryan had actual knowledge of LML's and Art Brands's rights in the COUNTRY GIRL marks when it began using the name and mark complained of herein. Thus, Bryan has willfully and deliberately infringed LML's and Art Brands's rights in the COUNTRY GIRL marks.

34.   Byan's acts of infringement have caused LML and Art Brands irreparable injury, loss of reputation, and pecuniary damage. Unless enjoined by this court, Bryan will continue these acts of infringement to LML's and Art Brands's immediate and irreparable damage.

### COUNT II
### TRADEMARK DILUTION
### UNDER 15 U.S.C. § 1125(c)

35.   Paragraphs 1 through 34 of this complaint are incorporated by reference as if fully restated herein.

36.   Bryan has made commercial use of the COUNTRY GIRL marks in commerce with the willful intent to trade on LML's and Art Brands's reputation or to cause dilution of the famous COUNTRY GIRL marks.  Bryan's use of the COUNTRY GIRL marks began long after the COUNTRY GIRL marks became well known and famous.

37.   Bryan's use of the COUNTRY GIRL marks causes and will cause dilution of the distinctive quality of LML's and Art Brands's famous COUNTRY GIRL marks.

38.   Bryan's use of the COUNTRY GIRL marks lessens the capacity of LML's and Art Brand's famous COUNTRY GIRL marks to identify and distinguish goods and services.

39.   Bryan's activities complained of herein constitute trademark dilution within the meaning of Section 43(c) of the Trademark Act of 1946, 15 U.S.C. § 1125(c).

LA1 130591v1 09/19/11

1   40.   Bryan's conduct has caused Art Brands and LML irreparable injury,

2   loss of reputation and pecuniary damages. Unless enjoined by this court, Bryan

3   will continue to willfully dilute Art Brands's and LML's marks to the immediate

4   and irreparable damage of Art Brands and LML.

5   **COUNT III**

6   **UNFAIR COMPETITION**

7   **UNDER 15 U.S.C. § 1125(a)**

8   41.   Paragraphs 1 through 40 of this complaint are incorporated by

9   reference as if fully restated herein.

10   42.   Bryan has used and is using the COUNTRY GIRL marks in

11   connection with the advertising and sale of licorice derivative products in interstate

12   commerce in such a manner as to create a likelihood of confusion among

13   prospective purchasers and to unfairly compete with LML and Art Brands.

14   Bryan's use of the COUNTRY GIRL marks induces purchasers and others to

15   believe, contrary to fact, that the goods and services sold by Bryan are rendered,

16   sponsored or otherwise approved by, or connected with Art Brands and/or LML.

17   Bryan's acts have damaged, impaired and diluted that part of LML's and Art

18   Brands's goodwill symbolized by its marks to LML's and Art Brands's immediate

19   and irreparable damage.

20   43.   Bryan's use of marks that are confusingly similar to that used by

21   LML's and Art Brands's in connection with the advertising and sale of its goods

22   constitutes use of a false designation of origin and a false description within the

23   meaning of Section 43(a) of the Trademark Act of 1946, 15 U.S.C. § 1125(a).

24   44.   Bryan's use of a name and mark confusingly similar to those owned

25   by LML and Art Brands constitutes unfair competition entitling LML and Art

26   Brands to remedies pursuant to Section 43(a) of the Trademark Act of 1946, 15

27   U.S.C. § 1125(a).

28

LA1 130591v1 09/19/11

45.    Bryan's acts of unfair competition, false designation of origin and false description have caused LML's and Art Brands's irreparable injury, loss of reputation and pecuniary damages. Unless enjoined by this court, Bryan will continue the acts of unfair competition complained of herein to LML's and Art Brands's immediate and irreparable damage.

## COUNT IV

## TRADEMARK INFRINGEMENT

## UNDER THE COMMON LAW

46.    Paragraphs 1 through 45 of this complaint are incorporated by reference as if fully restated herein.

47.    Bryan has used and is using the COUNTRY GIRL marks in connection with the advertising and sale of licorice derivative products in such a manner as to create a likelihood of confusion among prospective purchasers, thereby inducing purchasers and others to believe, contrary to fact, that the goods and services of Bryan are rendered, sponsored, or otherwise approved by, or connected with Art Brands or LML, which acts have damaged, impaired and diluted that part of the goodwill symbolized by the COUNTRY GIRL marks to Art Brands's and LML's immediate and irreparable damage.

48.    The nature, probable tendency, and effect of Bryan's use of confusingly similar marks in the manner alleged is to enable Bryan to deceive the public by passing off its goods and services as being rendered, sponsored, or otherwise approved by or connected with Art Brand or LML.

49.    Bryan's use of marks confusingly similar to that used by LML and/or Art Brands in connection with the advertising and sale of goods and services is likely to cause confusion, mistake or deception as to the source or origin of Bryan's goods and services and constitutes infringement of LML's and Art Brands's marks under the common law.

COMPLAINT

LA1 130591v1 09/19/11

1     50.   Bryan's acts of infringement have caused LML and Art Brands

2    irreparable injury, loss of reputation and pecuniary damages. Unless enjoined by

3    this court, Bryan will continue these acts of infringement thereby deceiving the

4    public and causing LML and Art Brands immediate and irreparable damage.

5                        **COUNT V**

6                  **UNFAIR COMPETITION**

7        **UNDER CALIFORNIA  BUS. & PROF. CODE § 17200**

8     51.   The averments contained in paragraphs 1 through 50 of this

9    Complaint are incorporated by reference as if fully set forth herein.

10     52.   By engaging in the conduct set forth above, Bryan has committed

11   unfair, unlawful and deceptive business acts and practices, and have engaged in

12   unfair, deceptive, untrue and/or misleading advertising.

13     53.   Therefore, Bryan has engaged in unfair competition, as defined in

14   Business and Professions Code Section 17200.

15     54.   The harm to Art Brands and LML outweighs the utility of Bryan's

16   practices.

17     55.   Bryan engaged in his unlawful, unfair or fraudulent business acts and

18   practices and his unfair, deceptive, untrue or misleading advertising willfully,

19   knowingly, and intentionally.

20     56.   As a result of the foregoing, LML and Art Brands have been injured,

21   and Bryan have received illicit profits and wrongful gains.  LML and Art Brands

22   are entitled to restitution of these illicit profits and wrongful gains.

23     WHEREFORE, LML and Art Brands prays for judgment against Bryan as

24   follows:

25     (1)   Pursuant to 15 U.S.C. § 1116, and the law of the California, Bryan

26   and each of its agents, servants, employees, attorneys, officers, and all others in

27   privity and acting in concert with it be permanently enjoined from:

28

1        (a)    Using the COUNTRY GIRL marks and any other name or

2               mark confusingly similar to the COUNTRY GIRL marks, in the

3               advertising or sale of any apparel products;

4        (b)    Selling or marketing any apparel products containing the

5               COUNTRY GIRL marks;

6        (c)    Using in the sale of apparel products any service mark,

7               trademark, trade name, trade dress, words, numbers,

8               abbreviations, designs, colors, arrangements, collocations, or

9               any combinations thereof which would imitate, resemble or

10              suggest the COUNTRY GIRL marks;

11       (d)    Otherwise infringing the COUNTRY GIRL marks;

12       (e)    Unfairly competing with Art Brands and LML, diluting the

13              distinctiveness of their well known marks and trade name, and

14              otherwise injuring Art Brands's and LML's business reputation

15              in any manner.

16     (2)    Pursuant to 15 U.S.C. § 1118, and the law of the State of California,

17 Bryan be directed to deliver up for destruction all apparel products, and

18 advertisements, labels, signs, prints, packages, brochures, wrappers, or receptacles

19 for same, and all other materials in its possession or under its control related to

20 apparel products and bearing COUNTRY GIRL marks and any other name or

21 mark confusingly similar to the COUNTRY GIRL marks, or any other

22 reproduction, counterfeit, copy or colorable imitation of the COUNTRY GIRL

23 marks, and all plates, molds, matrices, and other means of making or duplicating

24 the same.

25     (3)    Pursuant to 15 U.S.C. § 1117, and the law of the State of California,

26 Bryan account and pay to Art Brands and LML damages in an amount sufficient to

27 fairly compensate it for the injury it has sustained, plus all the profits which are

28 attributable to Bryan's sale of goods under the infringing name and mark, and

1   further that the amount of the monetary award granted herein be trebled in view of

2   the willful and deliberate nature of Bryan's unlawful conduct.

3        (4)    Pursuant to 15 U.S.C. § 1117, and the law of the State of California,

4   Bryan be ordered to pay to Art Brands and LML the costs of this action and Art

5   Brands's and LML's reasonable attorneys' fees.

6        (5)    Order an accounting and award of disgorgement of Bryan's profits

7   resulting from his conduct.

8        (6)    Art Brands and LML be granted such other, further, different or

9   additional relief as this Court deems equitable and proper.

10

DATED: September 19, 2011      FOX ROTHSCHILD LLP

11

12

13                              James E. Doroshow
                               Alan Chen

14

15                              Attorneys for Plaintiffs
                             LML Investments, LLC and

16                              Art Brands, LLC

17

18

19

20

21

22

23

24

25

26

27

28

LA1 130591v1 09/19/11

1

**JURY DEMAND**

2          Plaintiffs LML Investments, LLC and Art Brands, LLC hereby requests a

3    trial by jury in this matter.

4

5    DATED: September  19, 2011          FOX ROTHSCHILD LLP

6                                        *[signature]*

7                                        James E. Doroshow
                                         Alan Chen
8
                                         Attorneys for Plaintiffs
9                                        LML Investments, LLC and
                                         Art Brands, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13
COMPLAINT

# EXHIBIT A



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Sep 17 04:35:46 EDT 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:           OR   Jump   to record:      **Record 9 out of 35**

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# COUNTRY GIRL

| | |
|---|---|
| **Word Mark** | COUNTRY GIRL |
| **Goods and Services** | IC 025. US 022 039. G & S: Sportswear and casual clothing, namely, [ pants, slacks, skirts, dresses, jumpers, blouses, shirts, ] tee-shirts, [ socks, shorts, jackets, hosiery, tights, scarves, sashes, ] hats [, caps, shoes, sandals, slippers, sneakers, athletic shoes, ties, cravats, ascots, swim trunks, sweatshirts and sweat suits ]. FIRST USE: 20040215. FIRST USE IN COMMERCE: 20040215 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78545515 |
| **Filing Date** | January 11, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 18, 2005 |
| **Registration Number** | 3041646 |
| **Registration Date** | January 10, 2006 |

| | |
|---|---|
| Owner | (REGISTRANT) Impulse Wear, Inc. CORPORATION OHIO 225 Business Center Dr. Blacklick OHIO 43004 |
| | (LAST LISTED OWNER) LML INVESTMENTS, LLC LIMITED LIABILITY COMPANY OHIO 225 BUSINESS CENTER DRIVE BLACKLICK OHIO 43004 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Brad D. Rose |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

[ HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT B**



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Sep 17 04:35:46 EDT 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: OR **Jump** to record: **Record 16 out of 35**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# COUNTRY GIRL

| | |
|---|---|
| **Word Mark** | COUNTRY GIRL |
| **Goods and Services** | IC 025. US 022 039. G & S: T-shirts and hats. FIRST USE: 20040200. FIRST USE IN COMMERCE: 20040200 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77154298 |
| **Filing Date** | April 11, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 25, 2008 |
| **Registration Number** | 3443872 |
| **Registration Date** | June 10, 2008 |
| **Owner** | (REGISTRANT) LML Investments, LLC LIMITED LIABILITY COMPANY OHIO 225 Business Center Drive Blacklick OHIO 43004 |
| **Attorney of Record** | Brad D. Rose |
| **Prior Registrations** | 3041646 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT C



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Sep 17 04:35:46 EDT 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:          **Record 6 out of 35**

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# COUNTRY GIRL

| | |
|---|---|
| **Word Mark** | COUNTRY GIRL |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: personal care products, namely, antiperspirant, bath oil, bath salts, body scrub, body wash, bubble bath, cologne, deodorants for personal use, preparations for the skin, namely, lotions; hair care preparations, lip balm, massage lotion, nail care preparations, non-medicated cleanser for the face, shaving cream, shaving gels, after shave gels, after shave lotions, shower cream, shower gel and soaps. FIRST USE: 20050719. FIRST USE IN COMMERCE: 20050719 |
| | IC 018. US 001 002 003 022 041. G & S: Back packs, duffel bags, gym bags, handbags, tote bags and travel bags, camping bags and umbrellas. FIRST USE: 20050719. FIRST USE IN COMMERCE: 20050719 |
| | IC 024. US 042 050. G & S: Towels, bed blankets, throw blankets, bed sheets, bed linens, pillow cases, quilts, comforters. FIRST USE: 20050719. FIRST USE IN COMMERCE: 20050719 |
| | IC 035. US 100 101 102. G & S: Retail store services, mail order catalog services and on-line retail services featuring clothing, personal care products, home products, fragrance products, jewelry, watches, leather goods, backpacks, bags, wallets and other accessories and gift items. FIRST USE: 20050719. FIRST USE IN COMMERCE: 20050719 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |

| | |
|---|---|
| **Serial Number** | 78673405 |
| **Filing Date** | July 19, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 1, 2005 |
| **Registration Number** | 3607619 |
| **Registration Date** | April 14, 2009 |
| **Owner** | (REGISTRANT) LML INVESTMENTS, LLC LIMITED LIABILITY COMPANY OHIO 225 BUSINESS CENTER DRIVE BLACKLICK OHIO 43004 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Brad D. Rose |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT D**



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Sep 17 04:35:46 EDT 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:          OR   Jump   to record:      **Record 15 out of 35**

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| Word Mark | COUNTRY GIRL |
| Goods and Services | IC 025. US 022 039. G & S: T-shirts and hats. FIRST USE: 20040200. FIRST USE IN COMMERCE: 20040200 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 01.01.03 - Star - a single star with five points<br>27.03.05 - Objects forming letters or numerals |
| Trademark Search Facility Classification Code | SHAPES-ASTRO Astronomical shapes consisting of celestial bodies, globes and geographical maps<br>SHAPES-BAR-BANDS Designs with bar, bands or lines |
| Serial Number | 77161808 |
| Filing Date | April 20, 2007 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | March 25, 2008 |
| Registration Number | 3443913 |
| Registration Date | June 10, 2008 |

| | |
|---|---|
| Owner | (REGISTRANT) LML Investments, LLC LIMITED LIABILITY COMPANY OHIO 225 Business Center Drive Blacklick OHIO 43004 |
| Attorney of Record | Brad D. Rose |
| Prior Registrations | 3041646 |
| Description of Mark | Color is not claimed as a feature of the mark. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST
NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT E